458 F.2d 514
 UNITED STATES of America, Plaintiff-Appellee,
v.
Juan Pompa ZARATE, Defendant-Appellant.
 No. 71-2466.
 United States Court of Appeals,
Ninth Circuit.
 May 8, 1972.
Rehearing Denied June 30, 1972.
 
 Morris Lavine (argued), Los Angeles, Cal., for defendant-appellant.
 Shelby R. Gott, Asst. U. S. Atty. (argued), Stephen G. Nelson, Asst. U. S. Atty., Harry D. Steward, U. S. Atty., San Diego, Cal., for plaintiff-appellee.
 Before CHAMBERS and CHOY, Circuit Judges, and CURTIS, District Judge.*
 PER CURIAM:
 
 
 1
 The judgment of conviction in this marijuana amphetamine tablets smuggling case is affirmed.
 
 
 2
 We have considered the more than one dozen points asserted. Although ably presented, we cannot agree with any of them.
 
 
 
 *
 The Honorable Jesse W. Curtis, United States District Judge, Central District of California, sitting by designation